UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:10cr178-RLV

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| _____ | ) | **ORDER** |
| v. | ) | |
| | ) | |
| (1) QUENTIN ANTONIO MCVAY | ) | |
|     a/k/a "Pooh" | ) | |
| (2) QUENTAVIOUS ANTREE MCVAY | ) | |
|     a/k/a "Tay" | ) | |
| _____ | ) | |

### ORDER UNSEALING ALL DOCUMENTS FILED UNDER 3:10MC55

UPON MOTION of the United States of America, by and through Anne M. Tompkins, United States Attorney for the Western District of North Carolina, for an order directing that the Court unseal all documents filed under miscellaneous number 3:10MC55, including but not limited to the application, affidavit, and order for interception of electronic communications, the fifteen and thirty-day reports, pole camera orders, and pen registers.

**IT IS HEREBY ORDERED** that all such documents be immediately unsealed and made part of the public record.

This the 12th day of October, 2010.

Signed: October 12, 2010

Richard L. Voorhees
United States District Judge